UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:21-cr-20435-HUCK/BECERRA

**UNITED STATES OF AMERICA**,

v.

**ENIO SOCORRO ZAYAS,**

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Jacqueline Becerra's Report and Recommendation ("R&R") on Change of Plea [ECF No. 24], which was entered on October 18, 2021. In the R&R, Judge Becerra found that the Defendant Enio Socorro Zayas, freely and voluntarily entered a plea of guilty as to the sole count of the Superseding Information, which charges Defendant with simple assault within the special aircraft jurisdiction of the United States in violation of Title 49, United States Code, Section 46506(1), and Title 18, United States Code, Section 113(a)(5).

Magistrate Judge Becerra recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Becerra's R&R, no objections have been filed, and the Court has been advised that no objections will be filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Becerra's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of

guilty, and Defendant is hereby adjudged guilty as to the sole count of the Superseding Information; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Wednesday, December 29, 2021 at 9:15 AM**.

**DONE AND ORDERED** in Miami, Florida on October 20, 2021.

                                                             _____
                                                             PAUL C. HUCK
                                                             UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Jacqueline Becerra
Counsel of record